BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-235-AC |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER VACATING COURT |
| | ) | TRIAL AND SETTING A CHANGE OF |
| v. | ) | PLEA, AND SENTENCING |
| | ) | |
| MATTHEW M. ORILEY, | ) | Date: August 26, 2013 |
| | ) | Time: 9:00 p.m. |
| Defendant. | ) | Judge: Hon. Allison Claire |

It is hereby ordered that the jury trial set for September 9, 2013 at 9:00 a.m. is VACATED. It is further ordered that a change of plea and sentencing is set for August 26, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 19, 2013

_/s/ Allison Claire_____

HON. ALLISON CLAIRE
United States Magistrate Judge